UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:19-CR-1998 |
| | § | |
| JEIDY LINETH MARTINEZ-REYES; aka | § | |
| JAIDI LYNET MARTINEZ-REYES; aka | § | |
| JEIDI MARTINEZ-REYES | § | |

## **OPINION AND ORDER GRANTING MOTION FOR CONTINUANCE**

On December 16, 2019, Defendant moved for a continuance of the final pretrial conference and jury selection and trial because the Defendant wanted her family to speak to an immigration lawyer about the consequences of a plea and/or conviction (D.E. 12). The United States was unopposed to the motion.

Under the Speedy Trial Act, a district court may grant a continuance and exclude the resulting delay from the time in which a trial must commence if it makes on-the-record findings that the ends of justice served by granting the continuance outweigh the public's and defendant's interests in a speedy trial. 18 U.S.C. § 3161(h)(7).

Having considered the Defendant's motion, the Court finds that the failure to grant a continuance in this case would deny counsel for the defendant the reasonable time to consider collateral consequences of a conviction, taking into account the exercise of due diligence.

Accordingly, the Court finds that the ends of justice are served by granting a continuance in this case and outweigh the best interests of the public and Defendant in a speedy trial, and the period of the continuance is excluded from speedy trial computation.

The Court **GRANTS** the Defendant's motion and **CONTINUES** the final pretrial conference until **January 7, 2020, at 9:30 a.m.** before Hon Jason B. Libby, and schedules the jury selection and trial for **February 10, 2020** at 9:00 a.m. before Hon. Nelva Gonzales Ramos.

ORDERED this 17th day of December, 2019.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE